UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEREMY MEYERS,<br><br>              Petitioner,<br><br>    v.<br><br>STATE OF WASHINGTON,<br><br>              Respondent. | Case No. C08-5773 FDB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

    The Magistrate Judge recommends that this application to proceed *in forma pauperis* be denied. The Court, having reviewed the Report and Recommendation, Petitioner's application to proceed *in forma pauperis* and the remaining record, hereby finds and **ORDERS**:

(1) The Magistrate Judge's Report and Recommendation is approved and adopted;

(2) Petitioner's application to proceed *in forma pauperis* is **DENIED**;

(3) Petitioner shall pay the required filing fee [$5.00] to the Clerk of the Court within thirty (30) days of the date of this Order and shall amend his Petition to correctly name his custodian, otherwise this action will be dismissed; and

(4) The Clerk is directed to send copies of this Order to Petitioner and any other party that has appeared in this action.

    DATED this 12th day of March, 2009.

                                      FRANKLIN D. BURGESS
                                      UNITED STATES DISTRICT JUDGE

ORDER - 1