UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEREMY MEYERS,<br><br>                            Petitioner,<br><br>   v.<br><br>MAGGIE MILLER-STOUT,<br><br>                            Respondent. | No. C08-5773 FDB<br><br>ORDER ADOPTING REPORT AND RECOMMEDATION DISMISSING HABEAS CORPUS PETITION AS UNTIMELY |

      This matter comes before the Court on the Report and Recommendation of the Magistrate Judge that Petitioner's request for habeas corpus relief be denied and the petition be dismissed with prejudice. As detailed by the Magistrate Judge, Petitioner's filed his habeas corpus petition subsequent to the expiration of the statute of limitations, 28 U.S.C. § 2244(d), and there exist no basis for equitable tolling.

      Petitioner has filed an objection asserting that the federal statute of limitations was tolled until the issuance of a certificate of finality on March 27, 2009, thereby making this petition timely filed. This assertion lacks merit. State post-conviction appeals toll the federal one-year limitations period only until denial of review by the state supreme court, and not until the subsequent entry of a mandate by the clerk of the intermediate appellate court. *Harris v. Carter,* 515 F.3d 1051, 1053 (9th Cir. 2008); *see also White v. Klitzkie,* 281 F.3d 920, 923-24 n. 4 (9th

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

Cir. 2002). This habeas corpus petition is, therefore, barred by the one-year statute of limitations unless grounds for equitable tolling exist. Petitioner argues that he has not had the opportunity to gather factual evidence to support the application of equitable tolling. Petitioner has not presented any evidence that Respondent's conduct impeded Petitioner's ability to file his petition in a timely manner.

The Court, having reviewed the petition for writ of habeas corpus, the response, the Report and Recommendation of Magistrate Judge Karen L. Strombom, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's writ of habeas corpus [Dkts. 5 and 9] is **DENIED** and this action is **DISMISSED WITH PREJUDICE**; and

(3) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent and to the Hon. Karen L. Strombom.

DATED this 28th day of October, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 2