# United States District Court
WESTERN DISTRICT OF WASHINGTON

JEREMY MEYERS,

      PETITIONER,

       v.

MAGGIE MILLER-STOUT,

      RESPONDENT,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:  C08-5773FDB

_____ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X_____ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's writ of habeas corpus [Dkts. 5 and 9] is **DENIED** and this action is **DISMISSED WITH PREJUDICE**.

October 29, 2009

BRUCE RIFKIN
Clerk

/s/  Pat LeFrois

Deputy Clerk